THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: December 27, 2018



G. Michael Halfenger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE:   Valencia Shaquay Williamson, | Case No. 18–31377–gmh |
| Debtor. | Chapter 13 |

### ORDER DISMISSING CASE

The Debtor failed to file a Chapter 13 Plan or seek an extension within the time limit set by the Bankruptcy Code and Rules.

IT IS THEREFORE ORDERED: the Debtor's case is dismissed, effective immediately.

####